*Griffith, J. M. Hill,* and *W. P. McGinnis* for respondents.

No. 405. MULLENDORE ET AL. *v.* OSAGE TRIBE OF IN-DIANS ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. F. E. Riddle, James A. Reed, Clarence Lohman,* and *Ralph A. Barney* for petitioners. *Messrs. Edward H. Chandler, Summers Hardy, William O. Beall, James H. Maxey,* and *Alvin Richards* for respondents.

No. 406. YARBROUGH ET AL. *v.* OSAGE TRIBE OF INDIANS ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. F. E. Riddle, James A. Reed, Clarence Lohman,* and *Ralph A. Barney* for petitioners. *Messrs. Thomas J. Flannelly, Edward H. Chandler,* and *William H. Zurck* for respondents.

No. 259. MARYLAND CASUALTY Co. *v.* COUNTY COURT OF MORGAN COUNTY ET AL.; and

No. 409. COUNTY COURT OF MORGAN COUNTY *v.* MARYLAND CASUALTY Co. ET AL. November 7, 1932. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. William L. Rawls* and *D. H. Hill Arnold* for the Maryland Casualty Co. *Mr. Clarence E. Martin* for the County Court of Morgan County et al.